UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| In re: Carrillo | Case No. 25-2140<br>Dist/Ag docket: 25-0014-NM |

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for: <u>Rothstein Donatelli LLP and Carolyn M. "Cammie" Nichols</u>, in the above-captioned case.

Carolyn M. "Cammie" Nichols
Name of Counsel

/s/ Carolyn M. "Cammie" Nichols
Signature of Counsel

Rothstein Donatelli LLP
500 4th Street NW, Suite 400
Albuquerque, NM 87121
(505) 243-1443
Mailing Address and Telephone Number

cmnichols@rothsteinlaw.com
E-Mail Address

Donna M. Connolly
Name of Counsel

/s/ Donna M. Connolly
Signature of Counsel

Rothstein Donatelli LLP
1215 Paseo De Peralta, P.O. Box 8180
Santa Fe, NM 87504
(505) 988-8004
Mailing Address and Telephone Number

dconnolly@rothsteinlaw.com
E-Mail Address

Wouter G. Zwart
Name of Counsel

/s/ Wouter G. Zwart
Signature of Counsel

Rothstein Donatelli LLP
1501 West Fountainhead Pkwy, Suite 360
Tempe, AZ 85282
(480) 921-9296
Mailing Address and Telephone Number

wzwart@rothsteinlaw.com
E-Mail Address

Alejandro Alvarado
Name of Counsel

/s/ Alejandro Alvarado
Signature of Counsel

Rothstein Donatelli LLP
500 4th Street NW, Suite 400
Albuquerque, NM 87121
(505) 243-1443
Mailing Address and Telephone Number

aalvarado@rothsteinlaw.com
E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☒  The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

Stuart B. Rodgers
Nach, Rodgers, Hilkert & Santilli
2001 E. Campbell Ave., #103
Phoenix, AZ 85016
stuart.rodgers@nrhslaw.com
(602) 258-6000

*Attorney for Philip J. Montoya*
*in BAP proceedings.*

☐  There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

November 28, 2025
Date

*/s/ Carolyn M. "Cammie" Nichols*
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☐      All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒      On <u>November 28, 2025</u> I sent a copy of this Entry of Appearance Form to:
               [date]

| | |
|---|---|
| Leroy Carrillo Jr.<br>Barbara Carrillo<br>5739 Isleta Blvd. SW<br>Albuquerque, NM 87105<br>phyzekecontracting@gmail.com | C/O Nach, Rodgers, Hilkert & Santilli<br>Stuart B. Rodgers<br>Philip J. Montoya<br>2001 E. Campbell Ave., #103<br>Phoenix, AZ 85016<br>stuart.rogers@nrhslaw.com<br>pmontoya@swcp.com |
| James A. Askew<br>Askew Law Firm LLC, Ste. 1<br>1122 Central Ave. SW<br>Albuquerque, NM 87102<br>jaskew@askewlawfirm.com | James I. Stang<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Fl.<br>Los Angeles, CA 90067<br>jstang@pszjlaw.com |
| Eric Schwartz<br>Omni Agent Solutions, Inc.<br>5955 De Soto Ave., Ste. 100<br>Woodland Hills, CA 91367<br>eric@omnimgt.com | Davis Miles, PLLC<br>Ronald E. Holmes<br>2440 Louisiana Blvd. NE, Suite 300<br>Albuquerque, NM 87110<br>rholmes@davismiles.com |

the last known address/email address, by

<u>email</u>.
       [method of service]

<u>November 28, 2025</u>
Date

<u>/s/ Carolyn M. "Cammie" Nichols</u>
Signature