UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

December 10, 2025

James A. Askew
Askew & White
1122 Central Avenue, SW, Suite 1
Albuquerque, NM 87102

Ronald E. Holmes
Davis Miles
2440 Louisiana Boulevard, Suite 300
Albuquerque, NM 87110

Stuart B. Rodgers
Nach, Rodgers, Hilkert & Santilli
1220 East Osborn Road, Suite 101
Phoenix, AZ 85016

Eric Schwartz
Omni Management Group
1670 Bryan Road
Dardenne Prairie, MO 63368

James I. Stang
Pachulski Stang Ziehl & Jones
10100 Santa Monica Boulevard, Suite 1300
Los Angeles, CA 90067-4100

**RE:**     **25-2140, In re: Carrillo**
Dist/Ag docket: 25-0014-NM

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respects:

An entry of appearance and certificate of interested parties has not been filed on behalf of Askew Law Firm, Davis Miles Law Firm, Philip J. Montoya, Eric Schwartz and James I. Stang as required by 10th Cir. R. 46.1.

Askew Law Firm and Davis Miles Law Firm has not filed a 26.1 Disclosure Statement. You must file a 26.1 Disclosure Statement even if there is no information to disclose. *See* Fed. R. App. P. 26.1 and 10th Cir. R. 26.1(A).

Please correct the stated deficiency within three days of the date of this notice if these appellees intend to participate in this appeal. If these parties do not intend to participate in the appeal, please file a "notice of non-participation" with the court as soon as possible. Please note that filing a "notice of non-participation" does not absolve appellee(s) of filing a R 26.1 Disclosure Statement if previously directed to do so.

Please contact this office if you have questions.

                                                      Sincerely,

                                                      Christopher M. Wolpert
                                                      Clerk of Court

cc:      Alejandro Alvarado
          Leroy Carrillo Jr.
          Donna M. Connolly
          Carolyn M. Nichols
          Wouter G. Zwart

CMW/sds