UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| In re: Carrillo | Case No. 25-2140<br>Dist/Ag docket: 25-0014-NM |

## NOTICE OF NON-PARTICIPATION

    COMES NOW, the law firm of Davis Miles, PLLC, hereby gives notice of its non-participation in the above referenced matter.

  12/10/2025_____
Date

/s/ *Ron Holmes*_____
Signature

# CERTIFICATE OF SERVICE

I hereby certify that:

☐      All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒      On December 10, 2025, I electronically sent a copy of this Notice of Non-appearance to:

Leroy Carrillo Jr.
Barbara Carrillo
5739 Isleta Blvd. SW
Albuquerque, NM 87105
phyzekecontracting@gmail.com

Nach, Rodgers, Hilkert & Santilli
Stuart B. Rodgers
Philip J. Montoya
2001 E. Campbell Ave., #103
Phoenix, AZ 85016
stuart.rogers@nrhslaw.com
pmontoya@swcp.com

James A. Askew
Askew Law Firm LLC, Ste. 1
1122 Central Ave. SW
Albuquerque, NM 87102
jaskew@askewlawfirm.com

James I. Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Fl.
Los Angeles, CA 90067
jstang@pszjlaw.com

Eric Schwartz
Omni Agent Solutions, Inc.
5955 De Soto Ave., Ste. 100
Woodland Hills, CA 91367
eric@omnimgt.com


_12-10-2025_____
Date


_/s/ electronically filed by Ron Holmes_
Signature