UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| In re: Carrillo | Case No. 25-2140<br>Dist/Ag docket: 25-0014-NM |

**RULE 26.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of Davis Miles, PLLC certifies[1] as follows:

☐  The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

X  There is no information to disclose pursuant to Fed. R. App. P. 26.1.

___12/10/2025_____
Date

__/s electronically filed_____
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☐ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒ On December 10, 2025, I electronically sent a copy of this Disclosure Statement to:

Leroy Carrillo Jr.
Barbara Carrillo
5739 Isleta Blvd. SW
Albuquerque, NM 87105
phyzekecontracting@gmail.com

Nach, Rodgers, Hilkert & Santilli
Stuart B. Rodgers
Philip J. Montoya
2001 E. Campbell Ave., #103
Phoenix, AZ 85016
stuart.rogers@nrhslaw.com
pmontoya@swcp.com

James A. Askew
Askew Law Firm LLC, Ste. 1
1122 Central Ave. SW
Albuquerque, NM 87102
jaskew@askewlawfirm.com

James I. Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Fl.
Los Angeles, CA 90067
jstang@pszjlaw.com

Eric Schwartz
Omni Agent Solutions, Inc.
5955 De Soto Ave., Ste. 100
Woodland Hills, CA 91367
eric@omnimgt.com


  12-10-2025
Date


  /s/ *electronically filed by Ron Holmes*
Signature