# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement

| | |
|---|---|
| IN RE LEROY CARRILLO, JR., <br><br> Debtor. | BAP No. NM-25-014 |
| LEROY CARRILLO, JR., <br><br> Appellant <br><br> v. <br><br> PHILLIP J. MONTOYA, Chapter 7 Trustee, <br> ROTHSTEIN DONATELLI LLP, <br> ASKEW LAW FIRM, JAMES I. STANG, <br> ERIC SCHWARTZ, and DAVIS MILES LAW FIRM, <br><br>        Appellees. | Bankr. No. 93-10091 <br><br> Chapter 7 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of <u>Nach, Rodgers, Hilkert & Santilli and Stuart B. Rodgers as special counsel for Philip J. Montoya, Chapter 7 Trustee and Appellee</u>
            [Party Name(s)]

certifies[1] as follows:

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

1

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

☒ There is no information to disclose pursuant to Fed. R. App. P. 26.1.

December 10, 2025
Date

/s/ Stuart B. Rodgers
Signature

# CERTIFICATE OF SERVICE

I hereby certify that:

☐ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒ On <u>December 10, 2025</u> I sent a copy of this Disclosure Statement
[date]

James A. Askew
Askew Law Firm LLC, Ste. 1
1122 Central Ave SW
Albuquerque, NM 87102
Email: jaskew@askewlawfirm.com

Leroy Carillo, Jr.
5739 Isleta Blvd SW
Albuquerque, NM 87105
Email: phyzekecontracting@gmail.com

Carolyn M. Nichols
Alejandro Alvarado
Rothstein Donatelli LLP
500 4th Street NW, Suite 400
Albuquerque, NM 87121
Email: cmnichols@rothsteinlaw.com
Email: aalvarado@rothsteinlaw.com

Donna M. Connolly
Rothstein Donatelli LLP
1215 Paseo De Peralta, P.O. Box 8180
Santa Fe, NM 87504
Email: dconnolly@rothsteinlaw.com

Wouter G. Zwart
Rothstein Donatelli LLP
1501 W. Fountainhead Pkwy., Suite 360
Tempe, AZ 85282
Email: wzart@rothsteinlaw.com

Ronald E. Holmes
Davis Miles, PLLC
2440 Louisiana Blvd. NE, Suite 300
Albuquerque, NM 87110
Email: rholmes@davismiles.com

Philip J. Montoya
P.O. Box 159
Albuquerque, NM 87103-0415
Email: pmontoya@swcp.com

James I. Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Fl.
Los Angeles, CA 90067
Email: jstang@pszjlaw.com

Eric Schwartz
Omni Management Group
1670 Bryan Road
Dardenne Prairie, MO 63368
eric@omnimgt.com

Davis Miles Law Firm
Davis Miles Law Firm
320 Gold Ave.
Albuquerque, NM 87101

the last known address/email address, by

<u>electronic noticing and first-class mail, postage prepaid</u>
[method of service]

3

December 10, 2025
Date

/s/ Stuart B. Rodgers
Signature