# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| IN RE LEROY CARRILLO, JR., | |
| Debtor. | BAP No. NM-25-2140 |
| --- | |
| LEROY CARRILLO, JR., | Bankr. No. 93-10091 |
| Appellant | Chapter 7 |
| v. | |
| PHILLIP J. MONTOYA, Chapter 7 Trustee, ROTHSTEIN DONATELLI LLP, ASKEW LAW FIRM, JAMES I. STANG, ERIC SCHWARTZ, and DAVIS MILES LAW FIRM, | |
| Appellees. | |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of <u>Nach, Rodgers, Hilkert & Santilli and Stuart B. Rodgers as special counsel for Philip J. Montoya, Chapter 7 Trustee and Appellee</u>
            [Party Name(s)]

certifies[1] as follows:

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

☒ There is no information to disclose pursuant to Fed. R. App. P. 26.1.

December 10, 2025
Date

/s/ Stuart B. Rodgers
Signature

# CERTIFICATE OF SERVICE

I hereby certify that:

☐ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒ On December 10, 2025 I sent a copy of this Disclosure Statement
[date]

| | |
|---|---|
| James A. Askew<br>Askew Law Firm LLC, Ste. 1<br>1122 Central Ave SW<br>Albuquerque, NM 87102<br>Email: jaskew@askewlawfirm.com | Ronald E. Holmes<br>Davis Miles, PLLC<br>2440 Louisiana Blvd. NE, Suite 300<br>Albuquerque, NM 87110<br>Email: rholmes@davismiles.com |
| Leroy Carillo, Jr.<br>5739 Isleta Blvd SW<br>Albuquerque, NM 87105<br>Email: phyzekecontracting@gmail.com | Philip J. Montoya<br>P.O. Box 159<br>Albuquerque, NM 87103-0415<br>Email: pmontoya@swcp.com |
| Carolyn M. Nichols<br>Alejandro Alvarado<br>Rothstein Donatelli LLP<br>500 4th Street NW, Suite 400<br>Albuquerque, NM 87121<br>Email: cmnichols@rothsteinlaw.com<br>Email: aalvarado@rothsteinlaw.com | James I. Stang<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Fl.<br>Los Angeles, CA 90067<br>Email: jstang@pszjlaw.com |
| Donna M. Connolly<br>Rothstein Donatelli LLP<br>1215 Paseo De Peralta, P.O. Box 8180<br>Santa Fe, NM 87504<br>Email: dconnolly@rothsteinlaw.com | Eric Schwartz<br>Omni Management Group<br>1670 Bryan Road<br>Dardenne Prairie, MO 63368<br>eric@omnimgt.com |
| Wouter G. Zwart<br>Rothstein Donatelli LLP<br>1501 W. Fountainhead Pkwy., Suite 360<br>Tempe, AZ 85282<br>Email: wzart@rothsteinlaw.com | Davis Miles Law Firm<br>Davis Miles Law Firm<br>320 Gold Ave.<br>Albuquerque, NM 87101 |

the last known address/email address, by

electronic noticing and first-class mail, postage prepaid
[method of service]

3

December 10, 2025
Date

/s/ Stuart B. Rodgers
Signature