UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| IN RE LEROY CARRILLO, JR.,<br><br>Debtor.<br>_____<br><br>LEROY CARRILLO, JR.,<br><br>Appellant<br><br>v.<br><br>PHILLIP J. MONTOYA, Chapter 7 Trustee,<br>ROTHSTEIN DONATELLI LLP,<br>ASKEW LAW FIRM, JAMES I. STANG,<br>ERIC SCHWARTZ, and DAVIS MILES<br>LAW FIRM,<br>        Appellees. | BAP No. NM-25-2140<br><br><br>Bankr. No. 93-10091<br><br>Chapter 7 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for: <u>Nach, Rodgers, Hilkert & Santilli and Stuart B. Rodgers as special counsel for Philip J. Montoya, Chapter 7 Trustee and Appellee</u>, in the above-captioned case.

[Appellant/Petitioner or Appellee/Respondent]

<u>Stuart B. Rodgers</u>
Name of Counsel

<u>/s/ Stuart B. Rodgers</u>
Signature of Counsel

Nach, Rodgers, Hilkert & Santilli
1220 E. Osborn Rd., Suite 101
Phoenix, AZ 85014
(602) 258-6000
Mailing Address and Telephone Number

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☐     The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒     There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

December 10, 2025
Date

*/s/ Stuart B. Rodgers*
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☐      All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☒      On <u>December 10, 2025</u> I sent a copy of this Entry of Appearance Form to:
                              [date]

James A. Askew
Askew Law Firm LLC, Ste. 1
1122 Central Ave SW
Albuquerque, NM 87102
Email: jaskew@askewlawfirm.com

Leroy Carillo, Jr.
5739 Isleta Blvd SW
Albuquerque, NM 87105
Email: phyzekecontracting@gmail.com

Carolyn M. Nichols
Alejandro Alvarado
Rothstein Donatelli LLP
500 4th Street NW, Suite 400
Albuquerque, NM 87121
Email: cmnichols@rothsteinlaw.com
Email: aalvarado@rothsteinlaw.com

Donna M. Connolly
Rothstein Donatelli LLP
1215 Paseo De Peralta, P.O. Box 8180
Santa Fe, NM 87504
Email: dconnolly@rothsteinlaw.com

Wouter G. Zwart
Rothstein Donatelli LLP
1501 W. Fountainhead Pkwy., Suite 360
Tempe, AZ 85282
Email: wzart@rothsteinlaw.com

Ronald E. Holmes
Davis Miles, PLLC
2440 Louisiana Blvd. NE, Suite 300
Albuquerque, NM 87110
Email: rholmes@davismiles.com

Philip J. Montoya
P.O. Box 159
Albuquerque, NM 87103-0415
Email: pmontoya@swcp.com

James I. Stang
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Fl.
Los Angeles, CA 90067
Email: jstang@pszjlaw.com

Eric Schwartz
Omni Management Group
1670 Bryan Road
Dardenne Prairie, MO 63368
eric@omnimgt.com

Davis Miles Law Firm
Davis Miles Law Firm
320 Gold Ave.
Albuquerque, NM 87101

the last known address/email address, by

<u>electronic noticing and first-class mail, postage prepaid</u>
             [state method of service]

December 10, 2025
Date

/s/ Stuart B. Rodgers
Signature